IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SIMPLY STOR-IT, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:23-cv-00274-JCB |
| | § | |
| DEPOSITORS INSURANCE COMPANY, | § | |
| *Defendant.* | § | |

## JOINT DESIGNATION OF MEDIATOR

Pursuant to the Court's Scheduling Order entered on August 7, 2023 (Dkt. No. 8), Plaintiff Simply Stor-It, LLC and Defendant Depositors Insurance Company hereby notify the Court that the Parties have agreed to the following mediator in this matter:

> Don Philbin
> Donald R. Philbin, Jr., P.C.
> P.O. Box 12367
> San Antonio, TX 78212
> (210) 212-7100
> (210) 212-7118 – Facsimile

The Parties will work together to schedule the mediation at a mutually agreeable time and pursuant to the instructions provided in the Court's Scheduling Order.

*(Signatures on the following page)*

Respectfully submitted,

| | |
|---|---|
| /s/ M. K. Whyte<br>Marc K. Whyte<br>Texas Bar No. 24056526<br>mwhyte@whytepllc.com<br>Whyte PLLC<br>2101 NW Military Hwy<br>San Antonio, Texas 78213<br>(210) 562-2878<br>(210) 562-2874 – Facsimile<br><br>**ATTORNEY FOR PLAINTIFF** | /s/ Patrick M. Kemp<br>Patrick M. Kemp<br>Texas Bar No. 24043751<br>pkemp@smsm.com<br>Robert G. Wall<br>Texas Bar No. 24072411<br>rwall@smsm.com<br>Segal McCambridge Singer & Mahoney<br>100 Congress Avenue, Suite 800<br>Austin, Texas 78701<br>(512) 476-7834<br>(512) 476-7832 – Facsimile<br><br>**ATTORNEYS FOR DEFENDANT**<br>**DEPOSITORS INSURANCE COMPANY** |

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 25th day of August, 2023 to:

    Marc K. Whyte
    Whyte PLLC
    2101 NW Military Hwy
    San Antonio, Texas 78213
    mwhyte@whytepllc.com

                                          /s/ Patrick M. Kemp
                                          Patrick M. Kemp